UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

JERRY DOWELL BAILEY,

        Plaintiff,

v.

UNKNOWN SKYTTA et al.,

        Defendants.

_____ /

Case No. 2:17-cv-187

Honorable Paul L. Maloney

## ORDER FOR PARTIAL DISMISSAL AND PARTIAL SERVICE

In accordance with the Opinion filed this date:

**IT IS ORDERED** that Plaintiff's action against Defendant Washington be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that because Plaintiff has provided the Court with a sufficient number of copies of the complaint for service, the Clerk shall forward the complaint to the U.S. Marshals Service, which is authorized to mail a request for waiver of service to Defendants Skytta, Lesatz, Marshall, and Petaja in the manner prescribed BY FED. R. CIV. P. 4(d)(2). If waiver of service is unsuccessful, summons shall issue and be forwarded to the U.S. Marshals Service for service under 28 U.S.C. § 1915(d).

**IT IS FURTHER ORDERED** that the Defendants Skytta, Lesatz, Marshall, and Petaja shall file an appearance of counsel (individual Defendants may appear *pro se* if they do not have counsel) within 21 days of service or, in the case of a waiver of service, 60 days after the

waiver of service was sent. Until so ordered by the Court, no Defendant is required to file an answer or motion in response to the complaint, and no default will be entered for failure to do so. *See* 42 U.S.C. § 1997e(g)(1). After a Defendant has filed an appearance, proceedings in this case will be governed by the Court's Standard Case Management Order in a Prisoner Civil Rights Case.


Dated:  April 13, 2018                     /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             United States District Judge