UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| JERRY DOWELL BAILEY, JR., #194330,<br>    Plaintiff,<br><br>-v-<br><br>UNKNOWN SKYTTA, *et al.*,<br>    Defendants. | No. 2:17-cv-187<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: February 5, 2020           /s/ Paul L. Maloney
                           Paul L. Maloney
                           United States District Judge