UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JERRY DOWELL BAILEY, JR,

    Plaintiff,

                                                  Case No. 2:17-cv-187

v.

                                                  HONORABLE PAUL L. MALONEY

MARK SKYTTA,

    Defendant,
_____/

**JUDGMENT**

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on all issues in favor of defendant and against the plaintiff.

**IT IS ORDERED AND ADJUDGED** that a judgment of "no cause" be rendered in favor of defendant and against plaintiff pursuant to the Verdict Form completed by the jury.

Date:  June 16, 2021                                                        /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            United States District Judge